

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Peter G. Milne, P.C., Peter G. Milne, Individually, and Healy, Milne & Associates, P.C., Appellants

No. 06-14-00106-CV      v.

Val Ryan and Joy Ryan, Appellees

Appeal from the 4th District Court of Rusk County, Texas (Tr. Ct. No. 2013-243). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find reversible error in part in the judgment of the court below. Therefore, we reverse the portion of the trial court's order certifying class claims of unconscionability against the Hicks Defendants and creating a mandatory Rule 43(b)(2) class, (2) affirm the remainder of the trial court's certification order, and (3) remand the matter to the trial court for further proceedings consistent with this opinion.

We further order that the appellants and appellees shall each pay one half of all costs of appeal.

RENDERED OCTOBER 15, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk